

FILED
HARRISBURG, PA
JUN -7 2012
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| GEISINGER HEALTH SYSTEM FOUNDATION and BLOOMSBURG HEALTH SYSTEM and BLOOMSBURG HOSPITAL, | : 4:12-cv-01081 |
| Defendants. | : |

### UNOPPOSED MOTION TO APPROVE AND ENTER FINAL ORDER

AND NOW, this 7th day of June, 2012, comes the Commonwealth of Pennsylvania by its Attorney General who states as follows:

1. Plaintiff, the Commonwealth of Pennsylvania, filed a Complaint with this Court on June 7, 2012, under Sections 4, 7 and 16 of the Clayton Act, 15 U.S.C. §§ 15, 18 and 26, and under the common law of the Commonwealth of Pennsylvania alleging that the proposed integration and merger of Bloomsburg Health System and Bloomsburg Hospital into Geisinger Health System Foundation would substantially lessen competition in one or more relevant health care services markets. Defendants contest the allegations of the Complaint, and believe that competition will not be lessened.

2. Plaintiff and Defendants, by their respective attorneys, have consented to the entry of a Final Order without trial or adjudication of any issue of fact or law, and without the Final Order constituting any evidence against, or any admission by, any party regarding any such issue of fact or law.

3. Counsel for Plaintiff has sought concurrence in this Motion from Defendant's counsel. Defendant does not oppose this Motion.

**WHEREFORE**, the Commonwealth of Pennsylvania, by its Attorney General, hereby requests this Honorable Court approve the Final Order.

    Respectfully submitted,

    Linda L. Kelly
    Attorney General
    (717) 787-3391

Alexis L. Barbieri
Executive Deputy Attorney General
Public Protection Division

James A. Donahue, III
Chief Deputy Attorney General
Antitrust Section
(717) 787-4530

By: _____
Tracy W. Wertz
Senior Deputy Attorney General
Antitrust Section
Jennifer A. Thomson
Deputy Attorney General
Antitrust Section

Attorneys for the Commonwealth of
Pennsylvania
Office of Attorney General
14th Floor, Strawberry Square
Harrisburg, PA 17120

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| GEISINGER HEALTH SYSTEM FOUNDATION and BLOOMSBURG HEALTH SYSTEM and BLOOMSBURG HOSPITAL, | : 4:12-cv-01081 |
| Defendants. | : |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Unopposed Motion to Approve and Enter Final Order and Final Order were served upon the following by First Class Mail this 7th day of June, 2012.

Wendelynne J. Newton
Buchanan, Ingersoll & Rooney, PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA  15219

Harriet Franklin
Stevens and Lee
620 Freedom Business Center
P.O. Box 62330
King of Prussia, PA  19406

_____
Tracy W. Wertz
Senior Deputy Attorney General
PA Office of Attorney General
Antitrust Section
14th Floor, Strawberry Square
Harrisburg, PA  17120
Tel:  (717) 787-4530
Fax:  (717) 787-1190
twertz@attorneygeneral.gov